| | |
|---|---|
| 1 | MICHAEL G. MILLER (SBN: 136491) |
| | PERRY, JOHNSON, ANDERSON |
| 2 | MILLER & MOSKOWITZ, LLP |
| | 438 First Street, Fourth Floor |
| 3 | Santa Rosa, CA 95401 |
| | Telephone: (707) 525-8800 |
| 4 | Facsimile:  (707) 545-8242 |

Attorney for Defendant
RURAL COMMUNITIES HOUSING
DEVELOPMENT CORPORATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACRETIA PEOPLES | CASE NO: CV 12-00607 CRB |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT RURAL COMMUNITIES HOUSING DEVELOPMENT CORPORATION, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT |
| vs. | |
| RURAL COMMUNITIES HOUSING DEVELOPMENT CORPORATION, INC. And DOES 1 through 77 | |
| Defendants. | [Unlimited Civil] |

PLEASE TAKE NOTICE that on July 13, 2012 the Court GRANTED in part and DENIED in part Defendant RURAL COMMUNITIES HOUSING DEVELOPMENT CORPORATION, INC'S Motion to Dismiss as follows:

Plaintiff's First Cause of Action for Racial Discrimination and Fifth Cause of Action for Illegal Wage Garnishment fail to state a claim upon which relief may be granted. Leave to amend is GRANTED within 20 days of July 13, 2012;

Plaintiff's Third Cause of Action for Intentional Infliction of Emotional Distress fails to state a claim upon which relief may be granted. Leave to amend is DENIED as Plaintiff's claim is time barred; and

///

///

1

1   Defendant's Motion to Dismiss Plaintiff's punitive damages claim is DENIED.

2

3   IT IS SO ORDERED.

4

5   DATED: __July 23, 2012____



6   _____
    CHARLES R. BREYER
    SENIOR UNITED STATES DISTRICT JUDGE

2

---

[PROPOSED] ORDER GRANTING DEFENDANT RURAL COMMUNITIES HOUSING DEVELOPMENT CORPORATION, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT