MICHAEL G. MILLER (SBN: 136491)
PERRY, JOHNSON, ANDERSON
MILLER & MOSKOWITZ, LLP
438 First Street, Fourth Floor
Santa Rosa, CA 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242

Attorney for Defendant
RURAL COMMUNITIES HOUSING
DEVELOPMENT CORPORATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACRETIA PEOPLES<br><br>     Plaintiff,<br><br>vs.<br><br>RURAL COMMUNITIES HOUSING DEVELOPMENT CORPORATION, INC. And DOES 1 through 77<br><br>     Defendants.<br>_____/ | CASE NO: CV 12-00607 CRB<br><br>[~~PROPOSED~~] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT RURAL COMMUNITIES HOUSING DEVELOPMENT CORPORATION, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>[Unlimited Civil] |

PLEASE TAKE NOTICE that on July 13, 2012 the Court GRANTED in part and DENIED in part Defendant RURAL COMMUNITIES HOUSING DEVELOPMENT CORPORATION, INC'S Motion to Dismiss as follows:

Plaintiff's First Cause of Action for Racial Discrimination and Fifth Cause of Action for Illegal Wage Garnishment fail to state a claim upon which relief may be granted. Leave to amend is GRANTED within 20 days of July 13, 2012;

Plaintiff's Third Cause of Action for Intentional Infliction of Emotional Distress fails to state a claim upon which relief may be granted. Leave to amend is DENIED as Plaintiff's claim is time barred; and

///

///

[PROPOSED] ORDER GRANTING DEFENDANT RURAL COMMUNITIES HOUSING DEVELOPMENT
CORPORATION, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant's Motion to Dismiss Plaintiff's punitive damages claim is DENIED.

IT IS SO ORDERED.

DATED:  July 23, 2012



CHARLES R. BREYER
SENIOR UNITED STATES DISTRICT JUDGE

2

---

[PROPOSED] ORDER GRANTING DEFENDANT RURAL COMMUNITIES HOUSING DEVELOPMENT CORPORATION, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT