UNITED STATES  DISTRICT COURT

Northern District of California

| | |
|---|---|
| PEOPLES, | No. C 12-00607 CRB (MEJ) |
| Plaintiff(s), | **ORDER PERMITTING TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** |
| v. | |
| RURAL COMMUNITIES HOUSING DEVELOPMENT CORPORATION, INC., | |
| Defendant(s). | |

_____/

    This matter is scheduled for a settlement conference on October 30, 2012.  Now before the Court is Defendant's request to allow Defendant's insurance adjuster to appear by telephone at the conference.  Good cause appearing, the request is GRANTED.  However, Defendant is hereby advised that, should the case not settle and a further settlement conference be scheduled, Defendant's insurance adjuster will be required to appear in person at the further settlement conference, and sanctions may be imposed for failure to comply.

    The party appearing by phone shall contact the courtroom deputy, Rose Maher, at (415) 522-4708, and provide a local or toll-free number at least 48 hours prior to the settlement conference.

    **IT IS SO ORDERED.**

Dated: September 24, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**