UNITED STATES  DISTRICT COURT

Northern District of California

PEOPLES,

               Plaintiff(s),

    v.

RURAL COMMUNITIES HOUSING
DEVELOPMENT CORPORATION, INC.,

             Defendant(s).
_____/

No. C 12-00607 CRB (MEJ)

**ORDER PERMITTING TELEPHONIC
APPEARANCE AT SETTLEMENT
CONFERENCE**

This matter is scheduled for a settlement conference on October 30, 2012.  Now before the
Court is Defendant's request to allow Defendant's insurance adjuster to appear by telephone at the
conference.  Good cause appearing, the request is GRANTED.  However, Defendant is hereby
advised that, should the case not settle and a further settlement conference be scheduled, Defendant's
insurance adjuster will be required to appear in person at the further settlement conference, and
sanctions may be imposed for failure to comply.

The party appearing by phone shall contact the courtroom deputy, Rose Maher, at (415) 522-
4708, and provide a local or toll-free number at least 48 hours prior to the settlement conference.

**IT IS SO ORDERED.**

Dated: September 24, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California