IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACRETIA PEOPLES, | No. C 12-00607 CRB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| RURAL COMMUNITIES HOUSING DEVELOPMENT CORPORATION, INC., | |
| Defendant. | |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated:   December 5, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE