```
1  LACRETIA PEOPLES
   P.O. Box 1270
2  Willits, CA 95490
   Telephone: (707) 354-2242
3  peoples.lacretia@gmail.com

4  Petitioner in Pro Se
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACRETIA PEOPLES | CASE NO: CV 12-00607 CRB |
| Plaintiff, | NOTICE OF REQUEST FOR DISMISSAL AND REQUEST FOR DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER |
| vs. | |
| RURAL COMMUNITIES HOUSING DEVELOPMENT CORPORATION, INC. And DOES 1 through 77 | [Unlimited Civil] |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff LACRETIA PEOPLES requests that Defendant RURAL COMMUNITIES HOUSING DEVELOPMENT CORPORATION, INC. be dismissed with prejudice from the above-entitled action due to a confidential settlement agreement reached by the parties.

Dated: _____

                                                  LACRETIA PEOPLES
                                                  In Pro Se

1

NOTICE OF REQUEST FOR DISMISSAL AND REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

**[PROPOSED] ORDER**

The Court finding good cause in the Request for Dismissal With Prejudice, the Court Orders that all claims against Defendant RURAL COMMUNITIES HOUSING DEVELOPMENT CORPORATION, INC. are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 19, 2013

_____
CHARLES R. BREYER
SENIOR UNITED STATES DISTRICT JUDGE

NOTICE OF REQUEST FOR DISMISSAL AND REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER