LACRETIA PEOPLES
P.O. Box 1270
Willits, CA 95490
Telephone: (707) 354-2242
peoples.lacretia@gmail.com

Petitioner in Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACRETIA PEOPLES | CASE NO: CV 12-00607 CRB |
| Plaintiff, | NOTICE OF REQUEST FOR DISMISSAL AND REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER |
| vs. | |
| RURAL COMMUNITIES HOUSING DEVELOPMENT CORPORATION, INC. And DOES 1 through 77 | [Unlimited Civil] |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    Plaintiff LACRETIA PEOPLES requests that Defendant RURAL COMMUNITIES HOUSING DEVELOPMENT CORPORATION, INC. be dismissed with prejudice from the above-entitled action due to a confidential settlement agreement reached by the parties.

Dated: _____

                                          LACRETIA PEOPLES
                                          In Pro Se

1

## [PROPOSED] ORDER

The Court finding good cause in the Request for Dismissal With Prejudice, the Court Orders that all claims against Defendant RURAL COMMUNITIES HOUSING DEVELOPMENT CORPORATION, INC. are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 19, 2013

_____
CHARLES R. BREYER
SENIOR UNITED STATES DISTRICT JUDGE

2

NOTICE OF REQUEST FOR DISMISSAL AND REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER